**COURTROOM MINUTES:**
The Honorable George C. Hanks, Jr. Presiding

Clerk, U.S. District Court
Southern District of Texas
Filed
JULY 17, 2012
David J. Bradley, Clerk

Case Manager: Jeanette Gonzalez
Interpreter Present? **NO**
USPT/USPO: **M. Cannon**
ERO: **M. Foley**
OPEN: **2:40**   ADJOURN: **3:40**

☑ OTHER DISTRICT   ☐ DIVISION **SOUTHERN DISTRICT OF NEW YORK**   THEIR CASE# **12MJ1854**

**PROCEEDING HELD:**
☑ Initial Appearance   ☐ Counsel Determination Hearing   ☐ Status Hearing
☐ Bond Hearing   ☐ Identity   ☐ Hearing Continued on_____
☐ Detention Hearing   ☐ Preliminary Hearing   ☐ Other_____

CASE NUMBER   ☐ CR  X MJ  **4:12-MJ-610**   Defendant #**1-3**

AUSA: **Michael Kusin**
**Paul Aronowitz** 713-375-0376
**George Murphy** for
**George Murphy** the purpose of this hearing
713-658-1960

ALEX ORIA -1
JOE H. NELSON -2
KENNETH NELSON -3

☑ Date of arrest **7-17-12**   XX- Rule 5 **SDNY**
☑ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☑ Complaint
Violation of ☐ Supervised Release ☐ Probation

☑ Defendant ☐ Material Witness appeared   ☑ with ☐ without counsel

☐ Defendant requests appointed counsel.   ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender   ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____
☑ Defendant **2 & 3** bond set   ☐ Cash ☐ Surety ☐ P/R ☑ Unsecured ☐ $ **75,000** Deposit
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s) _____.
☑ Defendant(s) **2 & 3** advised of conditions of release
☑ BOND EXECUTED   ☑ Defendant **2 & 3** Released
☑ Order of Temporary Detention Pending Hearing entered as to Defendant(s) **1**
☐ Order of Detention Pending Trial entered as to Defendant(s) _____.
☐ Bond Continued   ☐ Bond reinstated   ☐ Bond Revoked
☑ Defendant **1** remanded to custody   ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant **2 & 3** Waiver of ☑ Preliminary ☑ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause   ☐ Identity

☑ Defendant(s) **1** is/are scheduled on **7-20-12** at **10:00 AM** for:
☐ Arraignment   ☐ Counsel Determination Hearing   ☑ Identity Hearing
☑ Detention Hearing   ☑ Preliminary Hearing   ☐ Final Revocation Hearing
☐ _____ Hearing