AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  4:12-mj-610-1 |
| | ) | |
| Alex Oria | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled before the magistrate judge as follows:

| Place: | Judge George C. Hanks, Jr<br>515 Rusk<br>Houston, TX 77002 | Courtroom No.: | 702 |
|---|---|---|---|
| | | Date and Time: | 7/20/12 at 10:00 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 7/17/12

*Judge's signature*

George C. Hanks, Jr.
United States Magistrate Judge