**COURTROOM MINUTES:**
The Honorable George C. Hanks, Jr. Presiding

Clerk, U.S. District Court
Southern District of Texas
Filed
July 20, 2012
David J. Bradley, Clerk

Case Manager: Jeanette Gonzalez
Interpreter Present? NO         ERO: R. Smith
USPT/USPO: D. Hernandez         OPEN: 10:39        ADJOURN: 10:42; 3:35 - 6:19
☐ OTHER DISTRICT   ☐ DIVISION    THEIR CASE# SDNY 12 MAG 01854

**PROCEEDING HELD:**
☐ Initial Appearance          ☐ Counsel Determination Hearing    ☐ Status Hearing
☐ Bond Hearing                ☒ Identity                          ☐ Hearing Continued on_____
☒ Detention Hearing           ☒ Preliminary Hearing               ☐ Other_____

CASE NUMBER  ☐ CR ☒ MJ  4:12-mj-610        Defendant #1

                                            AUSA: MICHAEL KUSIN
ALEX ORIA                                   Richard Kuniansky
                                            & Paul Aronwitz

☐ Date of arrest_____                     ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☐ Complaint
                                                              Violation of  ☐ Supervised Release ☐ Probation
☒ Defendant ☐ Material Witness appeared    ☒ with ☐ without counsel

☐ Defendant requests appointed counsel.          ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender       ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____
☐ Defendant_____bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Defendant_____bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Defendant_____bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Surety signatures required as to Defendant(s)_____.
☐ Defendant(s)_____ advised of conditions of release
☐ BOND EXECUTED ☐ Defendant _____ Released
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s)_____
☒ Order of Detention Pending Trial entered as to Defendant(s) ✓_____.
☐ Bond Continued       ☐ Bond reinstated       ☐ Bond Revoked
☒ Defendant ✓_____ remanded to custody    ☐ M/W remanded to custody
☒ Defendant Ordered Removed to Originating District  SDNY

Defendant ✓ Waiver of ☐ Preliminary ☒ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☒ Court finds: ☒ Probable Cause    ☒ Identity

☐ Defendant(s)_____ is/are scheduled on _____ at _____ for:
    ☐ Arraignment         ☐ Counsel Determination Hearing     ☐ Identity Hearing
    ☐ Detention Hearing   ☐ Preliminary Hearing               ☐ Final Revocation Hearing
    ☐ _____Hearing