

UNITED STATES DISTRICT COURT
Southern District of Texas, Houston Division

David BradleyP.O. Box 61010
ClerkHouston, TX 77208

July 23, 2012

**U. S. District Court**
**Southern District of New York**
**U.S.Courthouse**
**500 Pearl Street**
**New York, New York 10007**

**FROM**:M. Lerma, Deputy Clerk

Case No. Cr H-12-610M
Your Case No. 12MJ1854USA vs Alex Oria, Joe H. Nelson & Kenneth Nelson

Enclosed please find all papers pursuant to Rule 5 of the Federal Rule of Criminal Procedure:

[X ]File (including minutes, orders, etc.)

[x]Bonds (any cash deposit in the Registry will be forwarded under separate cover)

[]Passports:

[]Other:

[]Please sign and return a copy of this form in the enclosed envelope.

Received by: _____Date: _____